UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LARRY PALMER, Plaintiff,

v. Civil Action No. 3:17-cv-161-DJH-DW

BYRIDER FINANCE, LLC, d/b/a CARNOW
ACCEPTANCE CO. and EXPERIAN
INFORMATION SOLUTIONS, INC., Defendants.

\* \* \* \* \*

## **ORDER**

Plaintiff Larry Palmer having filed a notice of voluntary dismissal with prejudice (Docket No. 17), no answer or motion for summary judgment having been filed by Defendants Byrider Finance, LLC d/b/a Carnow Acceptance Company and Experian Information Solutions, Inc., and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is **STRICKEN** from the Court's active docket.

May 18, 2017

**David J. Hale, Judge
United States District Court**

1